FILED

2003 NOV 24  P 12: 29

US DISTRICT COURT
BRIDGEPORT CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN DOE, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV1035(JCH) |
| v. | |
| FAIRFIELD BOARD OF EDUCATION, | |
| Defendant. | October 15, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. Specifically, the parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the plaintiff.

PLAINTIFF,
JOHN DOE

By: _____
Gary Phelan (CT 03670)
Gary Phelan, L.L.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110
(860)313-5005

DEFENDANT,
FAIRFIELD BOARD OF EDUCATION

By: _____
Richard J. Buturla  (CT 05967)
Michelle C. Laubin (CT 17958)
Bercham, Moses & Devlin
75 Broad Street
Milford, CT  06460
(860)275-0345

## CERTIFICATION

This is to certify that the foregoing has been mailed this date via U.S. Mail, Postage prepaid, to the following counsel of record:

Gary Phelan, Esq.
Gary Phelan, LLC
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

Richard J. Buturla, Esq.
Commissioner of the Superior Court

BERCHEM, MOSES
& DEVLIN, P.C.
COUNSELORS AT LAW
75 BROAD STREET
MILFORD, CONNECTICUT
06460

JURIS NUMBER
22801

(203) 783-1200